IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

FILED IN COURT
ASHEVILLE, N. C.

OCT 1 2 2005

U. S. DISTRICT COURT
W. DIST. OF N. C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:05MJ224-01 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| Roy Davis Henson | ) | |

The Court accepts and approves the Presentence Investigation and Report Waiver - Consent to Abbreviated Report that has been signed by all parties and filed with the Court. Further, the Court finds there is sufficient information in the record to enable sentencing under 18 U.S.C. § 3553.

This the 12th day of October, 2005

_____
United States Magistrate Court Judge