# United States District Court
## For The Western District of North Carolina

UNITED STATES OF AMERICA

V.

ROY DAVIS HENSON

**FILED**
**ASHEVILLE, N. C.**

OCT 1 7 2005

U.S. DISTRICT COURT
W. DIST. OF N. C.

JUDGMENT IN A CRIMINAL CASE
(Petty / Misdemeanor Offenses)

Case Number: 1:05mj224

Christopher C. Fialko
Defendant's Attorney

**THE DEFENDANT:**

- **X** pleaded guilty to count(s) ONE
- __ Pleaded guilty to violation(s)
- __ Pleaded not guilty to count(s)
- __ Pleaded not guilty to violation(s)

| Title and Section | Nature of Offense | Date Of Offense | Counts |
|---|---|---|---|
| 18 USC 1711 | Misappropriation of postal funds | November, 2003 - February, 2005 | ONE |

- __ Counts(s) (is)(are) dismissed on the motion of the United States.
- __ Violation Notice(s) (is)(are) dismissed on the motion of the United States.
- __ Found not guilty as to:

**IMPOSITION OF SENTENCE:** That the defendant be placed on SUPERVISED PROBATION for ONE (1) YEAR, under standing general conditions and the following SPECIAL CONDITIONS:
1. Pay a $25 assessment;
2. The defendant shall reimburse the United States for court appointed counsel fees;
3. Not make application for employment with the United States Government or any agency thereof.

**X** The Court has considered the information presented by the defendant concerning the defendant's financial resources, assets, financial obligations, projected earnings, other income, age, education, health, dependents, and work history, and finds that the following is feasible: **That the defendant is financially able to pay $ 50.00 per month to commence within 60 days, until paid in full.**

The Court finds that the defendant does not have the ability to pay a fine or interest. The Court having considered the factors noted in 18 USC 3572(a), will waive payment of a fine and interest in this case.

Throughout the period of supervision the Probation Office shall consider the defendant's economic circumstances as it pertains to the defendant's ability to pay any monetary penalty ordered, and shall notify the Court of any material changes, with modifications recommended, as appropriate.

Under the sentencing guidelines, this is a TOTAL OFFENSE LEVEL 6 WITH A CRIMINAL HISTORY LEVEL OF I.

Defendant's Soc. Sec. No.:

Defendant's Mailing Address:

Date of Imposition of Sentence: October 12, 2005

_____
Signature of Judicial Officer

Date: October 17, 2005

**RETURN**

I have executed this Judgment as follows: _____

_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

By _____
United States Deputy Marshal