Probation Form No. 34            Report and Order Terminating Probation /
(1/92)                                                     Supervised Release

## UNITED STATES DISTRICT COURT
## for the
## Western District Of North Carolina

**FILED**
**ASHEVILLE, N.C.**

UNITED STATES OF AMERICA

**DEC 19 2006**

U.S. DISTRICT COURT
W. DIST. OF N.C.

Vs.

Roy Davis Henson
Crim. No: 0419 1:05-00224M-001

       The above named has complied with the conditions of Probation/TSR imposed by the order of the court on 10/12/2005 . Therefore, the period of Probation/TSR expired on 10/11/2006, and the defendant is now unconditionally discharged by this agency.

                               Respectfully submitted,

                               *[signature: Stephen D. Cook]*
                               Stephen D Cook
                               U.S. Probation Officer